IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROY B. CHATT,

Petitioner,

v.

UNITED STATES OF AMERICA,

Defendant.                                              No. 11-CV-0644-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 23, 2011, the petition for writ of habeas corpus is **DENIED** and this petition is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:        /s/*Sandy Pannier*
                Deputy Clerk

Dated: September 23, 2011

Digitally signed by David R. Herndon
Date: 2011.09.23 10:51:51 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT